UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTINE G. SCANDIA STONE,                        JUDGMENT
                                                   10-CV- 4886 (NG)
                          Plaintiff,

            -against-

COMMISSIONER OF SOCIAL SECURITY,                   SE. 2 9 2011

                          Defendant.               BROOKLYN OFFICE
-------------------------------------------------------------------X

        An Order of Honorable Nina Gershon, United States District Judge, having been

filed on September 27, 2011, reversing and remanding the Commissioner's final decision

dated February 25, 2010, for further administrative proceedings on Plaintiff's claim for

disability insurance benefits filed on or about April 3, 2008, including but not limited to

obtaining vocational expert evidence and issuing a new decision; it is

        ORDERED and ADJUDGED that the Commissioner's final decision dated

February 25, 2010, is reversed and remanded for further administrative proceedings on

Plaintiff's claim for disability insurance benefits filed on or about April 3, 2008, including but

not limited to obtaining vocational expert evidence and issuing a new decision.

Dated: Brooklyn, New York
      September 27, 2011                              s/RCH
                                                   ROBERT C. HEINEMANN
                                                   Clerk of Court