UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTINE G. SCANDIA STONE,

          Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
-----------------------------------------------------------------X

JUDGMENT
10-CV- 4886 (NG)

SEP 29 2011

BROOKLYN OFFICE

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on September 27, 2011, reversing and remanding the Commissioner's final decision dated February 25, 2010, for further administrative proceedings on Plaintiff's claim for disability insurance benefits filed on or about April 3, 2008, including but not limited to obtaining vocational expert evidence and issuing a new decision; it is

      ORDERED and ADJUDGED that the Commissioner's final decision dated February 25, 2010, is reversed and remanded for further administrative proceedings on Plaintiff's claim for disability insurance benefits filed on or about April 3, 2008, including but not limited to obtaining vocational expert evidence and issuing a new decision.

Dated: Brooklyn, New York
       September 27, 2011

                                              s/RCH
                                     ROBERT C. HEINEMANN
                                     Clerk of Court